

# NUMBER 13-14-00266-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE JUAN ANGEL GUERRA

On Petition for Writ of Mandamus and
Petition for Writ of Habeas Corpus.

# MEMORANDUM OPINION

**Before Justices Garza, Benavides, and Perkes**
**Per Curiam Memorandum Opinion**[1]

Relator, Juan Angel Guerra, filed a petition for writ of mandamus and petition for writ of habeas corpus in the above cause on May 12, 2014. The underlying proceeding is a civil forfeiture case. Through eight issues, relator seeks to vacate several different orders, including orders finding him in contempt, a writ of attachment, an order of commitment, and a continued commitment order, on grounds that the trial court lacks in personam jurisdiction over him.

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

By order previously issued, this Court ordered the production of any information or documents protected by the attorney-client privilege to be stayed. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided."). The Court ordered all other relief requested by relator to be carried with the case. The Court requested that the real parties in interest, the State of Texas, receiver Fabian Limas Jr., and Samuel Longoria, or any others whose interest would be directly affected by the relief sought, to file a response to the petition for writ of mandamus. *See id.* R. 52.2, 52.4, 52.8.

The State of Texas, acting by and through the County and District Attorney of Cameron County, Texas, duly filed its response on May 30, 2014. According to the State's response, this original proceeding should be dismissed either because (1) relator failed to join a necessary party to this proceeding, or alternatively, (2) this proceeding has been rendered moot because the State has filed a motion requesting that the trial court void and vacate all orders issued against relator. The State's motion requests that the trial court vacate the writ of attachment, the commitment order, and the continued commitment order, and also requests that "any and all discovery requests as ordered by this Honorable Court that were submitted upon Juan A. Guerra as a non-party be found void and vacated."

On or about June 9, 2014, the trial court granted the State's motion and vacated the writ of attachment, the commitment order and the continued commitment order issued against relator. We conclude that this original proceeding is moot. *See In re Kellogg Brown & Root, Inc.*, 166 S.W.3d 732, 737 (Tex. 2005) ("A case becomes moot if a controversy ceases to exist between the parties at any stage of the legal proceedings . . ."); *State Bar of Texas v. Gomez*, 891 S.W.2d 243, 245 (Tex. 1994) (stating that, for a

2

controversy to be justiciable, there must be a real controversy between the parties that will be actually resolved by the judicial relief sought).

The Court, having examined and fully considered the petition for writ of mandamus and the response, is of the opinion that this matter has been rendered moot. Accordingly, the Court LIFTS the stay previously imposed by this Court and DISMISSES the petition for writ of mandamus as moot. *See* TEX. R. APP. P. 52.8(a). This dismissal is without prejudice.

PER CURIAM

Delivered and filed the
11th day of June, 2014.